**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Nicole M Garbutt
1100 Church St. Apt 302
Evanston, IL 60201
SSN: xxx−xx−6797  EIN: N.A.
aka Nicole MN Garbutt

Case No. : 19−21056
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Gus A Paloian
Seyfarth, Shaw, Et Al
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606

(312) 460−5360

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

March 24, 2025 , 12:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 606 284 9180, and Passcode 0161213137, OR call 1−872−201−2698

For the Court,

Dated: February 13, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                             Case No. 19-21056-JSB

Nicole M Garbutt                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                               User: admin                                    Page 1 of 2

Date Rcvd: Feb 13, 2025                   Form ID: ren341                                Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole M Garbutt, 1100 Church St. Apt 302, Evanston, IL 60201-3628 |
| 28052940 | + | Cagan Mgt, 867 W Buckingham Lower Level, Chicago, IL 60657-6879 |
| 28051100 | + | Economy Interiors, 6162 Broadway, Merrillville, IN 46410-3002 |
| 28051103 | + | LVNV Funding, 1161 Lake Cook Rd. Ste E, PO Box 10587, Deerfield, IL 60015-5277 |
| 28051104 | + | Nawal Gupta, 6111 N Claramont Apt 1N, Chicago, IL 60659-5238 |
| 28051107 | + | Semrad Law Office, 20 S Clark St 28th Fl, Chicago, IL 60603-1811 |
| 28051109 | + | Sunrise Mgt., c/o Morgan and Perl, 7101 N Cicero Ave #101, Lincolnwood, IL 60712-2112 |
| 28051110 | + | Taxi Medallion Man, c/o Ronald Scaletta, 166 W Washington #730, Chicago, IL 60602-3588 |
| 28051113 | + | Virgil Pogue, 2028 Dodge Ave., Evanston, IL 60201-3434 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28051095 | + | Email/Text: bankruptcy@alliance-collections.com | Feb 13 2025 22:16:00 | Alliance Col, Po Box 1267, Marshfield, WI 54449-7267 |
| 28051096 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Feb 13 2025 22:16:00 | City of Chicago, Att: Bankruptcy Dept, 121 N. LaSalle Street 7th Fl, Chicago, IL 60602 |
| 28051097 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Feb 13 2025 22:16:00 | City of Chicago, PO Box 88292, Chicago, IL 60608 |
| 28051098 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Feb 13 2025 22:17:00 | Commonwealth Edision, Att: Bankruptcy Dept, 3 Lincoln Center, Villa Park, IL 60181-4204 |
| 28051101 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Feb 13 2025 22:16:00 | First Investors Financial Services, Attn: Bankruptcy, 380 Interstate N Pwy Ste 300, Atlanya, GA 30339-2222 |
| 28051102 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2025 22:17:00 | Jefferson Capital Systems LLC, 16 McLEdland Rd., Saint Cloud, MN 56303 |
| 28051105 | ^ | MEBN | Feb 13 2025 22:10:38 | Nicor Gas, Att: Bankruptcy Dept, P.O. Box 5407, Carol Stream, IL 60197-5407 |
| 28051106 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Feb 13 2025 22:16:00 | Peoples Gas, Att: Bankruptcy, 200 E. Randolph St., Chicago, IL 60601 |
| 28051108 | + | Email/Text: merle@sirfinance.com | Feb 13 2025 22:17:00 | Sir Finance, 6140 N Lincoln Ave. Ste 101, Chicago, IL 60659-2318 |
| 28051112 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 13 2025 22:16:00 | Verizon, Att Bankruptcy, 500 Technology Drive Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28051099 | ##+ | Credit Management, Att: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 28051111 | ## | Turner Acceptance Corp., 4454 N Western Ave, Chicago IL 60625-2115 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Cari A Kauffman | on behalf of Creditor First Investors Financial Services ckauffman@sormanfrankel.com  dfrankel@sormanfrankel.com |
| David H Cutler | on behalf of Debtor 1 Nicole M Garbutt cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Gus A Paloian | gpaloian@seyfarth.com jmcmanus@seyfarth.com;agoehl@seyfarth.com;ecf.alert+Paloian@titlexi.com;3275759420@filings.docketbird.com |
| M. Gretchen Silver | on behalf of Acting U.S. Trustee Adam G. Brief ustpregion11.es.ecf@usdoj.gov  gretchen.silver@usdoj.gov |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 6